IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW AVITABILE, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 1:16-cv-1447 (DNH/CFH) |
| v. ) | |
| ) | |
| ANDREW M. CUOMO et al. ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS CUOMO AND SCHNEIDERMAN**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and L.R. 41.3, Plaintiffs and Defendant Cuomo and Defendant Schneiderman hereby stipulate to the dismissal of this action as it relates to Defendant Cuomo and Defendant Schneiderman only.  No party hereto is an infant or incompetent.

Dated: February 22, 2017.

Respectfully submitted,

*Counsel for Plaintiffs*

**/s/ Stephen D. Stamboulieh**
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
NDNY Bar Roll# 520383

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 905-9105
Alan.alexander.beck@gmail.com

*Admitted pro hac vice

*Counsel for Defendants Cuomo and Scheiderman*

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York
*Attorney for Defendants*
The Capitol
Albany, New York  12224-0341

By: *s/Michael McCartin*_____
MICHAEL G. McCARTIN
Assistant Attorney General, of Counsel
Bar Roll No. 511158
Telephone: (518) 776-2620
Fax: (518) 915-7738
Email: michael.mccartin@ag.ny.gov