# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
Albany Division

| | |
|---|---|
| MATTHEW AVITABILE, et al.,<br><br>                    *Plaintiffs*,<br>       v.<br><br>ANDREW CUOMO, et al.,<br><br>                    *Defendants*. | Civil Action No. 1:16-cv-147 (DNH/CFH) |

**[PROPOSED] ORDER GRANTING MOTION OF EVERYTOWN FOR GUN SAFETY FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE**

It is hereby ORDERED that the motion of Everytown for Gun Safety for leave to participate as amicus curiae, filed with this Court on March 8, 2017, is GRANTED; and it is further

ORDERED that the Memorandum of Amicus Curiae Everytown for Gun Safety is deemed filed in the above-captioned proceeding.

IT IS SO ORDERED.

Dated:                                                                       _____
                                                                                            The Honorable David N. Hurd
                                                                                            United States District Judge