IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK
Albany Division

| | |
|---|---|
| MATTHEW AVITABILE ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:16-cv-1447 (DNH/CFH) |
| v. ) | |
| ) | |
| LT. COL. GEORGE BEACH, in his official) | |
| Capacity as the Superintendent of the New ) | |
| York State Police ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT
## DISTRICT ATTORNEY SACKET WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and L.R. 41.3, Plaintiff and Defendant District Attorney James Sacket hereby stipulate to the dismissal of this action as to Defendant District Attorney James Sacket without prejudice. No party hereto is an infant or incompetent.

Dated: November 6, 2017.

Respectfully submitted,

*Counsel for Plaintiffs*

**/s/ Stephen D. Stamboulieh**
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS 39130
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
NDNY Bar Roll# 520383

Alan Alexander Beck
Law Office of Alan Beck
4780 Governor Drive
San Diego, CA  92122
(619) 905-9105
Alan.alexander.beck@gmail.com
*Admitted pro hac vice

*Counsel for Defendant District Attorney James Sacket*

April J. Laws
Bar Roll No. 517148
2534 Route 9 P.O. Box 2485
Malta, New York 12020
Tel: 518-899-5700
Fax: 518-899-5487
alj@lemirejohnsonlaw.com


SO ORDERED: _____
           Hon. David N. Hurd, U.S.D.J.


DATED:      _____, 2017